**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

CHARLINE FLYNN, as Personal
Representative of the Probate Estate
of Errol Flynn, derivatively
on behalf of nominal defendant,
ESF CONSTRUCTION CO., INC.

    Plaintiffs,

v.                                                                                                      No. 2:12-cv-02978-STA-tmp

MARTIN S. BELZ and
JIMMIE WILLIAMS,

    Defendants,

and

ESF CONSTRUCTIONS CO., INC.

    Nominal Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW, the Parties, by and through respective counsel of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure stipulate that the above entitled action may be dismissed with prejudice.

Respectfully submitted,

**GLASSMAN, EDWARDS,
WYATT, TUTTLE & COX, P.C.**

By: /s/ Jonathan Stokes
RICHARD GLASSMAN (#7815)
JONATHAN STOKES (#29416)
26 North Second Street Building
Memphis, TN 38103-2602
(901) 527-4673 - Telephone
(901) 521-0940 – Facsimile
rglassman@gewwlaw.com
jstokes@gewwlaw.com
Our File: 12-430

*Attorneys for Defendant Martin S. Belz and Defendant Jimmie Williams*


/s/ Paul Billings
PAUL B. BILLINGS, Jr. (#010906)
Paul Billings Law
5305 Distriplex Farms Drive
Memphis, TN 38141-8231
(901) 881-9515 phone
(866) 772-4244 fax
paul@paulbillingslaw.com

*Attorney for Plaintiffs*

2