IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| CHARLINE FLYNN, as Personal Representative of the Probate Estate of Errol Flynn, derivatively on behalf of Nominal Defendant ESF CONSTRUCTION CO., INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 12-2978-STA-tmp |
| MARTIN S. BELZ and JIMMIE WILLIAMS, | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| ESF CONSTRUCTION CO., INC., | ) ) | |
| Nominal Defendant. | ) ) | |

## ORDER OF DISMISSAL

On February 14, 2014, the Parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a). Pursuant to the Stipulation, the case is **DISMISSED with prejudice**.

.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 14, 2014