# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **CHARLINE FLYNN, as Personal Representative of the Probate Estate of Errol Flynn, derivatively on behalf of Nominal Defendant ESF CONSTRUCTION CO., INC.,**   Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **MARTIN S. BELZ and JIMMIE WILLIAMS**   Defendants, | **CASE NO: 12-2978-A** |
| and | |
| **ESF CONSTRUCTION CO., INC.,**   Nominal Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on February 14, 2014, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 2/18/2014

                                    THOMAS M. GOULD
                                    Clerk of Court


                                    s/Terry L. Haley
                                (By) Deputy Clerk